UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

DONA MATOS,

          Plaintiff,

    -against-

NEWTOWN BAR LLC d/b/a LAS CATRINAS,
KONSTANTINO PHILIPPOU,
ANASTASIO POUVONE, and LUKASZ SZYDLOWSKI,
          Defendants.
---------------------------------------------------------------X

Case No.: 1:23-cv-01650-CLP

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and without costs or fees to either party;

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that the Court shall retain enforcement jurisdiction over this matter for the purpose of ensuring the Parties' compliance with the terms and conditions of the Settlement of this action.

Dated: ~~October~~ , ~~2024~~
      November 14, 2024

_Michael Taubenfeld_
Michael Taubenfeld, Esq.
Fisher Taubenfeld LLP
*Attorneys for the Plaintiff*
225 Broadway, Suite 1700
New York, New York 10007
Tel: 212.571.0700

Dated: ~~October~~ November 14, 2024

_Ellie S. Konstantatos_
Ellie S. Konstantatos, Esq.
Torino & Bernstein, P.C.
*Attorney for the Defendants*
200 Old Country Road, Suite 220
Mineola, New York 11501
Tel: 516.747.4301

SO ORDERED:

_Cheryl L. Pollak_
Hon. Cheryl L. Pollak, U.S.M.J.

Eastern District of New York
November 14, 2024